**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KEVIN LEWIS,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

No. 5:26-cv-1109-JLS (DSR)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED as moot.

Judgment hereon will be entered on a separate form.

IT IS SO ORDERED.

DATED: September 7, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE